UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| VICTOR K. CHAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE PACIFIC GAS AND ELECTRIC COMPANY HEALTH CARE PLAN FOR MANAGEMENT AND ADMINISTRATIVE AND TECHNICAL EMPLOYEES, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 13-05379 LB<br><br>**ORDER REQUIRING THE PARTIES TO FILE A STATUS UPDATE BY AUGUST 19, 2014** |

   On March 5, 2014, the parties filed a stipulated request to stay the case until Plaintiffs exhausted their administrative remedies under the NAP Plan.  Accordingly, the court vacated all pending deadlines.  On June 5, 2014, pursuant to the court's request, the parties filed a Joint Status Report updating the court about the administrative proceedings.  Plaintiffs said they will file their second appeal on June 9, 2014 and believe that the process will take 100 days.  Accordingly, Plaintiffs' request that the court continue the stay and schedule a CMC in 120 days.  Defendants seek a court order compelling Plaintiffs to file their appeal by June 13, 2014 or otherwise dismiss this lawsuit.

   Upon consideration of the parties' status report, the court **ORDERS** the parties to file an updated Joint Status Report by August 19, 2014 to keep the court apprised of the progress of this case.  The court also **DENIES** Defendants' request at this time.

   **IT IS SO ORDERED.**

Dated: June 11, 2014

_____
　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　United States Magistrate Judge

C 13-05379 LB