1  SEYFARTH SHAW LLP
   Kathleen Cahill Slaught (SBN 168129)
2  kslaught@seyfarth.com
   Michelle M. Scannell (SBN 267767)
3  mscannell@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California  94105
   Telephone:     (415) 397-2823
5  Facsimile:     (415) 397-8549

6  Attorneys for Defendant
   THE PACIFIC GAS AND ELECTRIC COMPANY
7  HEALTH CARE PLAN FOR ACTIVE EMPLOYEES
   erroneously sued as THE PACIFIC GAS AND ELECTRIC
8  COMPANY HEALTH CARE PLAN FOR
   MANAGEMENT AND ADMINISTRATIVE &
9  TECHNICAL EMPLOYEES

10

11 LAW OFFICES OF LAURENCE F. PADWAY
   LAURENCE F. PADWAY (SBN 89314)
12 lpadway@padway.com
   1516 Oak Street, Suite 109
13 Alameda, California 94501
   Telephone:     (510) 814-6100
14 Facsimile:     (510) 814-0650

15 Attorneys for Plaintiffs
   VICTOR K. CHAN AND SHIRLEY IP

16 SEE NEXT PAGE FOR ADDITIONAL COUNSEL

17
                     UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19

20
   VICTOR K. CHAN AND SHIRLEY IP,            Case No. 3:13-cv-05379 LB
21
              Plaintiffs,                     **FURTHER JOINT STATUS REPORT;
22                                            [PROPOSED] ORDER**
        v.
23
   THE PACIFIC GAS AND ELECTRIC
24 COMPANY HEALTH CARE PLAN FOR
   MANAGEMENT AND ADMINISTRATIVE &
25 TECHNICAL EMPLOYEES AND ANTHEM
   BLUE CROSS LIFE AND HEALTH
26 INSURANCE COMPANY,

27            Defendants.

28

                                      1

1  REED SMITH LLP
   Kurt C. Peterson (SBN 83941)
2  kpeterson@reedsmith.com
   Kenneth N. Smersfelt (SBN 166764)
3  ksmersfelt@reedsmith.com
4  Junga P. Kim (SBN 198980)
   jkim@reedsmith.com
5  355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071
6  Telephone:    (213) 457-8000
7  Facsimile:    (213) 457-8080

8  Attorneys for Defendant
   Anthem Blue Cross Life and Health
9  Insurance Company

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  As required by the Court's June 11, 2014 Order, Plaintiffs Victor Chan and Shirley Ip, and
2  Defendants The Pacific Gas & Electric Company Health Care Plan For Active Employees (the "Plan")
3  and Anthem Blue Cross Life and Health Insurance Company ("Anthem") (collectively the "Parties"),
4  hereby submit the following Further Joint Status Report:

**Further Joint Status Report**

On March 5, 2014, the Court ordered Plaintiffs to submit their claim for reimbursement of a liver resection surgery and a liver transplant and related procedures (the "Procedures") to Anthem for a second level appeal as required by the Plan's Network Access Plan ("NAP Plan") coverage option. Docket No. 29.

On about June 10, 2014, Plaintiffs filed a second level appeal with Anthem for coverage of the Procedures. By letter dated July 10, 2014, Anthem informed Plaintiffs that after review of information submitted with the second appeal, the liver transplant and related procedures were deemed covered under the NAP Plan, as medically necessary emergency services arising out of the failed liver resection surgery. However, Anthem upheld the denial of the liver resection surgery, on the basis that "the services were scheduled and your plan only covers emergent care outside of the United States." Anthem also informed Plaintiffs that their appeal rights with Anthem were exhausted, and advised Plaintiffs that if they wished to pursue a voluntary review of the denial with PG&E, as provided under the NAP Plan, they should request such a review within 90 days of receipt of the second appeal response. Anthem is currently processing payments for the covered services.

//
//
//
//
//
//
//
//
//

As of August 19, 2014, the administrative process has not been concluded in its entirety. The parties are also informally attempting to resolve the entire matter, including the issue of Plaintiffs' demand for attorney's fees. Based on the foregoing, the Parties respectfully request that the Court continue the stay for 30 days, and order the Parties to file a further Joint Status Report by September 19, 2014.

DATED: August 19, 2014

Respectfully submitted,

**SEYFARTH SHAW LLP**

By: ___/s/ Michelle M. Scannell___
    Kathleen Cahill Slaught
    Michelle M. Scannell
Attorneys for Defendant
THE PACIFIC GAS AND ELECTRIC COMPANY HEALTH CARE PLAN FOR ACTIVE EMPLOYEES

DATED: August 19, 2014

**LAW OFFICES OF LAURENCE F. PADWAY**

By: ___/s/ Laurence F. Padway___
    Laurence F. Padway
Attorneys for Plaintiffs
VICTOR K. CHAN and SHIRLEY IP

DATED: August 19, 2014

**REED SMITH LLP**

By: ___/s/ Junga P. Kim___
    Kurt C. Peterson
    Kenneth N. Smersfelt
    Junga P. Kim
Attorneys for Defendant
ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

**GOOD CAUSE APPEARING, IT IS SO ORDERED:**

1. The Parties shall file a further Joint Status Report by September 19, 2014.

Dated: August __20__, 2014

_____
Laurel Beeler
UNITED STATES MAGISTRATE JUDGE

17770897v.1