SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
kslaught@seyfarth.com
Michelle M. Scannell (SBN 267767)
mscannell@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant
THE PACIFIC GAS AND ELECTRIC COMPANY
HEALTH CARE PLAN FOR ACTIVE EMPLOYEES
erroneously sued as THE PACIFIC GAS AND ELECTRIC
COMPANY HEALTH CARE PLAN FOR
MANAGEMENT AND ADMINISTRATIVE &
TECHNICAL EMPLOYEES


LAW OFFICES OF LAURENCE F. PADWAY
LAURENCE F. PADWAY (SBN 89314)
lpadway@padway.com
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:     (510) 814-6100
Facsimile:     (510) 814-0650

Attorneys for Plaintiffs
VICTOR K. CHAN AND SHIRLEY IP

SEE NEXT PAGE FOR ADDITIONAL COUNSEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR K. CHAN AND SHIRLEY IP,<br><br>                  Plaintiffs,<br><br>       v.<br><br>THE PACIFIC GAS AND ELECTRIC COMPANY HEALTH CARE PLAN FOR MANAGEMENT AND ADMINISTRATIVE & TECHNICAL EMPLOYEES AND ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>                  Defendants. | Case No. 3:13-cv-05379 LB<br><br>**FURTHER JOINT STATUS REPORT; [PROPOSED] ORDER** |

1

1  REED SMITH LLP
   Kurt C. Peterson (SBN 83941)
2  kpeterson@reedsmith.com
   Kenneth N. Smersfelt (SBN 166764)
3  ksmersfelt@reedsmith.com
4  Junga P. Kim (SBN 198980)
   jkim@reedsmith.com
5  355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071
6  Telephone:    (213) 457-8000
7  Facsimile:    (213) 457-8080

8  Attorneys for Defendant
   Anthem Blue Cross Life and Health
9  Insurance Company

As required by the Court's August 20, 2014 Order, Plaintiffs Victor Chan and Shirley Ip, and Defendants The Pacific Gas & Electric Company Health Care Plan For Active Employees (the "Plan") and Anthem Blue Cross Life and Health Insurance Company ("Anthem") (collectively the "Parties"), hereby submit the following Further Joint Status Report:

**Further Joint Status Report**

On March 5, 2014, the Court ordered Plaintiffs to submit their claim for reimbursement of a liver resection surgery and a liver transplant and related procedures (the "Procedures") to Anthem for a second level appeal as required by the Plan's Network Access Plan ("NAP Plan") coverage option.

On about June 10, 2014, Plaintiffs filed a second level appeal with Anthem for coverage of the Procedures.  On July 10, 2014, Anthem informed Plaintiffs that after review of information submitted with the second appeal, the liver transplant and related procedures were deemed covered under the NAP Plan, as medically necessary emergency services arising out of the failed liver resection surgery. However, Anthem upheld the denial of the liver resection surgery, on the basis that "the services were scheduled and your plan only covers emergent care outside of the United States."  Anthem also informed Plaintiffs that their appeal rights with Anthem were exhausted, and advised Plaintiffs that if they wished to pursue a voluntary review of the denial with PG&E, as provided under the NAP Plan, they should request such a review within 90 days of receipt of the second appeal response.

Since the Parties' last Status Report, Anthem has processed payments for the covered services. The Parties have also engaged in settlement discussions, which are ongoing.  The Parties respectfully request an additional 30-day continuance of the stay for continued settlement discussions.

DATED:  September 19, 2014

Respectfully submitted,

**SEYFARTH SHAW LLP**

By: ___/s/ Michelle M. Scannell_____
   Kathleen Cahill Slaught
   Michelle M. Scannell
Attorneys for Defendant
THE PACIFIC GAS AND ELECTRIC COMPANY HEALTH CARE PLAN FOR ACTIVE EMPLOYEES

DATED: September 19, 2014

**LAW OFFICES OF LAURENCE F. PADWAY**

By: */s/ Laurence F. Padway*
    Laurence F. Padway
Attorneys for Plaintiffs
VICTOR K. CHAN and SHIRLEY IP

DATED: September 19, 2014

**REED SMITH LLP**

By: */s/ Junga P. Kim*
    Kurt C. Peterson
    Kenneth N. Smersfelt
    Junga P. Kim
Attorneys for Defendant
ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

**GOOD CAUSE APPEARING, IT IS SO ORDERED:**

1.    The Parties shall file a further Joint Status Report by October 20, 2014.

Dated: September 23, 2014

_____
Laurel Beeler
UNITED STATES MAGISTRATE JUDGE

17770897v.2